UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| OCTAIVIAN D. REEVES, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:20-CV-326-RLJ-HBG |
| | ) | | |
| MIKE PARRIS, | ) | | |
| LIEUTENANT WALLS, | ) | | |
| TYLER LONGMIRE, | ) | | |
| OFFICER GOLDIE, | ) | | |
| OFFICER LYNCH, | ) | | |
| SERGEANT CRAS, and | ) | | |
| SERGEANT HICKS, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith, Defendants' motion for summary judgment [Doc. 62] is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT